**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 1145 VALLEY VIEW, LLC, | CASE NO. CV F 10-2050 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 5.) |
| vs. | |
| CITY OF SELMA, et al., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates, including the January 13, 2011 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 12, 2010**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1